# Court of Appeals
# of the State of Georgia

ATLANTA,　October 21, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0712. LONGE, LLC v. AUTO-OWNERS INSURANCE GROUP et al.**
**A24A0713. AUTO-OWNERS INSURANCE GROUP et al. v. LONGE, LLC.**

In Case Number A24A0712, Longe, LLC appeals from the trial court's order granting a directed verdict in favor of Auto-Owners Insurance Group and Auto-Owners Insurance Company (collectively, "Auto-Owners") on Longe's claim for insurance benefits. In Case Number A24A0713, Auto-Owners cross appeals from the trial court's orders denying their motion for summary judgment and motion to dismiss. We lack jurisdiction to consider these appeals.

The verdict of a jury, "whether the verdict resulted from direction, as here, or was by deliberation," is not an appealable judgment. (Citation and punctuation omitted.) *Boatright v. Sunshine Toyota*, 177 Ga. App. 332, 332 (339 SE2d 275) (1985). Here, the trial court granted Auto-Owners' motion for a directed verdict, but there is no entry of judgment in the record. See OCGA § 9-11-58. Compare *Steele v. Cincinnati Ins. Co.*, 252 Ga. 58, 59 (311 SE2d 470) (1984) (reversing dismissal of appeal from order granting motion for directed verdict where final judgment had been entered in the case). "In the absence of an appealable judgment, this court has no jurisdiction and the [main] appeal must be dismissed." (Citation and punctuation omitted.) *Boatright*, 177 Ga. App. at 332.

"Although under OCGA § 5-6-48 (e), a cross-appeal may survive the dismissal of the main appeal, this is true only where the cross-appeal can stand on its own merit. This Court has no jurisdiction to entertain a cross-appeal which must derive its life

from the main appeal."(Citations and punctuation omitted.) *Dept. of Transp. v. Douglas Asphalt Co.*, 297 Ga. App. 511, 513 (677 SE2d 728) (2009). An order denying summary judgment is subject to the certification requirement in OCGA § 5-6-34 (b), and the trial court denied Auto-Owners' motion for a certificate of immediate review of the summary judgment order. See id.; OCGA § 9-11-56 (h). There is also no independent jurisdictional basis for Auto-Owners' cross-appeal from the order denying their motion to dismiss, and Auto-Owners filed no application for interlocutory appellate review of that order. Consequently, because we lack jurisdiction over Longe's appeal, we also lack jurisdiction over Auto-Owners' cross-appeal, and the cross-appeal must be dismissed. See *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140 (866 SE2d 855) (2021); *Douglas Asphalt Co.*, 297 Ga. App. at 514.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   10/21/2024*

> *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

> *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*